MARK JOSEPH KENNEY (State Bar No. 87345)
MICHAEL J. STEINER (State Bar No. 112079)
ANDREW W. NOBLE (State Bar No. 245993)
(awn@severson.com)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
Countrywide Bank, FSB; Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing, L.P.; Bank Of America Corporation

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MONTOYA, ALICIA MONTOYA, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE BANK, FSB, a United States Bank, COUNTRYWIDE FINANCIAL CORPORATION, a Delaware Corporation, COUNTRYWIDE HOME LOANS, INC., a New York Corporation, COUNTRYWIDE HOME LOANS SERVICING, L.P., a Texas Limited Partnership, BANK OF AMERICA CORPORATION, a Delaware Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware Corporation, RECONTRUST COMPANY, as trustee, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 09-CV-0641 JW<br><br>**STIPULATION REGARDING HEARING SCHEDULE**<br><br>Date:   June 29, 2009<br>Time:   9:00 a.m.<br>Dept:   Courtroom 8, 4th Floor<br>Judge:  Hon. James Ware<br>Trial Date:       None Set |

11952/0120/730471.1

STIPULATION REGARDING HEARING SCHEDULE
Case No. C09-01575 SC

| | |
|---|---|
| TAM VO and MINH T. DANG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTRYWIDE HOME LOANS, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 09-CV-00828 JW |
| RENEE CASTRO, DOLORES CASTRO, as individuals,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>AMERICAN MORTGAGE EXPRESS CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 09-CV-01575 JW |

Through their counsel of record, plaintiffs and all defendants that have appeared in these three related actions stipulate that the motions designated below will be heard on June 29, 2009, at 9:00 a.m. in Courtroom 8, 4th Floor, of the above-entitled court at 280 South First Street, San Jose, California before the Honorable James Ware.  Pursuant to Local Rule 7-3(a), all opposition briefs must be served and filed no later than June 8, 2009.  Pursuant to Local Rule 7-3(b), all reply briefs must be served and filed no later than June 15, 2009.

***Montoya v. Countrywide Bank, FSB, et al.*, No. 09-CV-0641 JW**

　　1.　Motion to dismiss first amended complaint, strike allegations, or for a more definite statement (docket #24).

　　2.　Motion to expunge notice of withdrawal, dissolve temporary restraining order, and deny preliminary injunction (docket #15).

\\\

\\\

\\\

*Vo v. Countrywide Home Loans, Inc., et al.*, **No. 09-CV-00828 JW**

    3.    Motion to dismiss complaint, strike allegations (docket #6).

*Castro v. American Mortgage Express Co.*, **et al., No. 09-CV-01575 JW**

    4.    Motion to set aside default (docket #6).

DATED: May 11, 2009

THE LITIGATION LAW GROUP

By: /s/ Brian D. McFarlin

Attorneys for Plaintiffs
ROGELIO MONTOYA and ALICIA MONTOYA; TAM VO and MINH T. DANG; RENEE CASTRO and DOLORES CASTRO

DATED: May 11, 2009

SEVERSON & WERSON
A Professional Corporation

By: /s/ Andrew W. Noble

Attorneys for Defendants
COUNTRYWIDE BANK, FSB;
COUNTRYWIDE FINANCIAL CORPORATION;
COUNTRYWIDE HOME LOANS, INC.;
COUNTRYWIDE HOME LOANS SERVICING, L.P.; BANK OF AMERICA CORPORATION