MARK JOSEPH KENNEY (State Bar No. 87345)
MICHAEL J. STEINER (State Bar No. 112079)
ANDREW W. NOBLE (State Bar No. 245993)
awn@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
COUNTRYWIDE BANK, FSB; COUNTRYWIDE
FINANCIAL CORPORATION; COUNTRYWIDE
HOME LOANS, INC.; COUNTRYWIDE HOME
LOANS SERVICING, L.P.; BANK OF AMERICA
CORPORATION

**DENIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ROGELIO MONTOYA, ALICIA MONTOYA, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE BANK, FSB, a United States Bank, COUNTRYWIDE FINANCIAL CORPORATION, a Delaware Corporation, COUNTRYWIDE HOME LOANS, INC., a New York Corporation, COUNTRYWIDE HOME LOANS SERVICING, L.P., a Texas Limited Partnership, BANK OF AMERICA CORPORATION, a Delaware Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware Corporation, RECONTRUST COMPANY, as trustee, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV09-0641 JW<br><br>**ORDER DENYING MOTION TO RELATE**<br><br>Complaint Date: January 2, 2009<br>Trial Date: Not set<br><br>**Accompanying Documents**:<br>Administrative Motion Re Related Cases; Declaration of Andrew Noble |

| | |
|---|---|
| RENE CASTRO, DOLORES CASTRO, as individuals<br><br>                    Plaintiffs,<br><br>     vs.<br><br>AMERICAN MORTGAGE EXPRESS CORPORATION, a Pennsylvania corporation. COUNTRYWIDE NOME LOANS, INC., a New York Corporation, BANK OF AMERICA CORPORATION, a Delaware corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, RECONTRUST COMPANY, as Trustee, and DOES I through 50, inclusive,<br><br>                    Defendants. | Case No. 09-CV-01575 SC |

The Court declines to relate the Castro action with the Montoya action simply because the Plaintiffs are represented by the same law firm. Accordingly, Defendants' Motion to Relate is DENIED.

**IT IS SO ORDERED.**

DATED: July 29, 2009

_____
The Honorable James Ware
United States District Judge