**LAWRENCE P. RAMIREZ, (State Bar No. 141550)**
**THE LITIGATION LAW GROUP**
111 North Market Street, Suite 1010
San Jose, CA 95113
Telephone:  (408) 971-1119
Facsimile:   (408) 971-1625

Attorney for Plaintiffs
Rogelio Montoya and Alicia Montoya

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| ROGELIO MONTOYA, ALICIA MONTOYA, as individuals,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE BANK, FSB, a United States Bank, COUNTRYWIDE FINANCIAL CORPORATION, a Delaware Corporation, COUNTRYWIDE HOME LOANS, INC., a New York Corporation, COUNTRYWIDE HOME LOANS SERVICING, L.P., a Texas Limited Partnership, BANK OF AMERICA CORPORATION, a Delaware Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware Corporation, RECONTRUST COMPANY, as trustee, and DOES 1 through 50, inclusive,<br>                    Defendants | Case No.: CV09-0641 JW<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br> Judge:    Honorable James Ware<br><br>Complaint Filed: January 2, 2009<br>Trial Date: |

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs ROGELIO MONTOYA and ALICIA MONTOYA, by and through their attorneys, voluntarily dismiss the above captioned action without prejudice, each party to bear its own fees and costs.

Dated this September 15, 2009

Respectfully Submitted,

/s/
Lawrence P. Ramirez

**\*\*\* ORDER \*\*\***

In light of this dismissal, Defendant's Motion to Dismiss (Docket Item No. 57) is DENIED as moot.
The Clerk shall close this file.

Dated:  October 15, 2009

JAMES WARE
United States District Court